IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs<br><br>CHIMAROKE V. ELEAZU<br><br>Defendant | CASE NO. 8:26CB8<br>Violation No. 9503201-NE3A<br><br>**GOVERNMENT MOTION TO DISMISS** |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and submits a motion to dismiss the charge against Mr. Chimaroke V. Eleazu under Rule 12(b)(3)(A), Violation No. 9503201-NE3A. Upon review of the evidence provided to the Government, it has come to the attention of the Government that the Defendant's story was truthful and there are not sufficient grounds to pursue the charge.

There is good cause for the delay in filing this motion, as the Government had to review the evidence that was provided and granting the motion will save the court and the defendant time and money.

Respectfully submitted,

UNITED STATES OF AMERICA,
Plaintiff,

LESLEY A. WOODS
United States Attorney

By: s/Grayson Coon

GRAYSON COON, Offutt SAUSA
and KIMBERLY C. BUNJER #20962
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700
Fax: (402) 345-5724
E-mail: kim.bunjer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

s/Grayson Coon
Offutt Special Assistant United States Attorney