IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHIMAROKE V. ELEAZU,<br><br>Defendant. | **8:26CB8**<br><br>**ORDER** |

This matter is before the court on Government's Motion to Dismiss Citation 9503201-NE3A (Filing No. 24). The Government states that after reviewing the evidence, there are not sufficient grounds to pursue the charge. Government's Motion to Dismiss Citation 9503201-NE3A (Filing No. 24) is granted. The hearing set for 9/15/2026 at 9:00 AM in Courtroom 6, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Michael D. Nelson is canceled.

Dated this 14th day of September, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge